Frances Barnard, Appellee, v. Julius Rubin, Trading as Armstrong Shrimp and Steak House, Appellant. Julius Rubin, Trading as Armstrong Shrimp and Steak House, for use of Frances Barnard, Appellee, v. Armstrong Shrimp House, Inc., Appellant.

Gen. No. 44,998.

Heard in the first division, first district, this court at the December term, 1949. Rosenblatt & Schatz and Nichols Berkos and John C. Gekas, for appellants; Irving S. Berman, of counsel; Clarence Kammermann, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed June 5, 1950; released for publication June 26, 1950.